IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| GUADALUPE VASQUEZ-REYES, | ) | 4:16-CV-250-BLW |
|---|---|---|
| | ) | 4:04-CR-211-BLW |
| Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Before the Court is Petitioner's Motion for Voluntary Dismissal of Pending Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255. (Dkt.11.) The Motion seeks dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). For the reasons stated in the Motion, the Court will grant the same.

NOW THEREFORE IT IS HEREBY ORDERED that Petitioner's Motion for Voluntary Dismissal (Dkt.11) is **GRANTED** and the case is **DISMISSED.** The Clerk shall close this case.

DATED: June 12, 2017

B. Lynn Winmill
Chief Judge
United States District Court

-1-